**Order entered September 16, 2020**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-20-00087-CV

## ANGELINA ARREDONDO, ET AL., Appellants

## V.

## ALL SAINTS MEDICAL CENTER, ET AL., Appellees

**On Appeal from the 44th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-16-07257**

### ORDER

Before the Court is appellees Baylor Health Care System and Baylor All Saints Hospital's September 15, 2020 unopposed motion for extension of time to file their brief. We **GRANT** the motion and **ORDER** the brief be filed no later than October 16, 2020.

/s/ KEN MOLBERG
JUSTICE